IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:

IVON GONZALEZ MARTINEZ;
ADRIAN CUEVAS CASTRUITA;
MARTHA CELENE ARELLANO;
ALEXANDRA CASTRUITA ARELLANO; and
JESUS ARRENDONDO CALDERA,

Plaintiffs,

v.

FRANCES CHRISTINE MENESES;
and MENESES LAW PLLC, a Texas Professional Limited Liability Company,

Defendants.

---

## NOTICE OF REMOVAL

---

Defendants Frances Christine Meneses and Meneses Law, PLLC, through counsel, Gordon Rees Scully Mansukhani, LLP, submit this Notice of Removal to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1441 and 1446 and D.Colo.LCivR 81.1.

1.      Plaintiffs filed their Complaint in the District Court for Broomfield County, Colorado on November 12, 2025.  Complaint, Exhibit A.  Plaintiffs assert claims for legal malpractice, fraud/concealment, fraud in the inducement, breach of fiduciary duty and injunctive relief.

2.      Defendants were served with a copy of the Summons and Complaint on

November 14, 2025, in Houston, Texas.  Summons – Meneses Law PLLC, Exhibit B;

Summons - Frances Christine Meneses, Exhibit C; Affidavit of Service – Meneses Law

PLLC, Exhibit D, Affidavit of Service - Frances Christine Meneses Exhibit E.

3.    Defendants now file this Notice of Removal within thirty days of November

14, 2025, as provided by 28 U.S.C. § 1446(b)(3).

4.    "Except as otherwise expressly provided by Act of Congress, any civil action

brought in a State court of which the district courts of the United States have original

jurisdiction, may be removed by the defendant or the defendants, to the district court of

the United States for the district and division embracing the place where such action is

pending."  28 U.S.C. § 1441(a).

5.    "The district courts shall have original jurisdiction of all civil actions where

the matter in controversy exceeds a sum or value of $75,000, exclusive of interest and

costs, and is between citizens of different states."  28 U.S.C. § 1332(a)(1).

6.    Diversity jurisdiction exists in this matter pursuant to 28 U.S.C. § 1332(a)(1).

Plaintiff and Defendant are citizens of different states and the amount in controversy

exceeds $75,000.00.

7.    Plaintiffs are domiciled in Colorado.  Complaint ¶¶ 5-9, Exhibit A.

8.    Defendant Frances Christine Meneses is the sole member of Meneses Law,

PLLC and she is domiciled in Texas. Declaration, Exhibit F. Meneses Law, PLLC, is

incorporated in Texas and has its principal place of business in Texas.  Accordingly, both

Defendants are citizens of Texas for diversity purposes.

9.    Complete diversity exists among the Plaintiffs and Defendants.

10.     The amount in controversy exceeds $75,000.00. Plaintiffs certified they are seeking a monetary judgment in excess of $100,000 on the Civil Case Cover Sheet submitted with the Complaint. Civil Case Cover Sheet, Exhibit G; *Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016).

11.     Pursuant to 28 U.S.C. § 1446(d) and D.C.Colo.LCivR 81.1, this Notice of Removal has been sent to all parties in this action and has been filed with the state court clerk's office.  In addition, within fourteen days of the filing of this Notice of Removal, Defendants will file a current state court docket sheet (Register of Actions) and will separately file each pending motion, petition, and related response, reply, and brief.  No hearing has been set in the state court case.

12.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants are also submitted.

13.     Pursuant to D. COLO.LAttyR 5(a)(3)(C), the undersigned hereby certifies that he is a member in good standing of the bar of this court.

Dated this 11th day of December 2025.

**GORDON REES SCULLY MANSUKHANI LLP**

 s/ John M. Palmeri
John M. Palmeri, Esq.
Andres M. Hermosillo, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
ahermosillo.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 11th day of December, 2025.

| | |
|---|---|
| Beth Klien<br>Beth Klein, P.C.<br>350 Market Street, Suite 310<br>Basalt, Colorado, 81621<br>beth@kleinfrank.com | Sarah A. Logan<br>The Logan Firm, P.C.<br>44150 Darley Avenue, Suite 6<br>Boulder, Colorado 80305<br>sarah@loganfirm.com |

 /s/  Linda J. Bustos