IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:

IVON GONZALEZ MARTINEZ;
ADRIAN CUEVAS CASTRUITA;
MARTHA CELENE ARELLANO;
ALEXANDRA CASTRUITA ARELLANO; and
JESUS ARRENDONDO CALDERA,

Plaintiffs,

v.

FRANCES CHRISTINE MENESES;
and MENESES LAW PLLC, a Texas Professional Limited Liability Company,

Defendants.

---

**DECLARATION OF FRANCES CHRISTINE MENESES IN SUPPORT OF DIVERSITY JURISDICTION**

---

**DECLARATION OF FRANCES CHRISTINE MENESES**

1.      I, Frances Christine Meneses, Esq., am over the age of 18. I make this declaration completely voluntarily. I have personal knowledge of the facts set forth herein and, if called upon as a witness, could and would testify competently under oath, as to all such facts.

2.      I declare that I am a citizen of Texas. I reside in Texas and am domiciled there. I am not a citizen of Colorado.

3.      I am the sole owner and member of Meneses Law, PLLC ("Meneses Law") since October 5, 2020.

4.      Meneses Law is a Texas professional limited liability company incorporated in Texas on October 5, 2020, Entity ID number 32076164469.  Its principal place of business is 2900

EXHIBIT  F

- 2 -

North Loop West, Suite 300, Houston, Texas 77092. Its agent for service of process is located at 2900 North Loop West, Suite 300, Houston, Texas 77092.

5.      I attest that the information included in the attached Corporate and Citizenship Disclosure Statement, attached hereto, is true and accurate.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 10, 2025, at Houston, Texas.

_____
Frances Christine Meneses, Declarant