**AFFIDAVIT**

**I, the undersigned, hereby declare under penalty of perjury under the laws of the United States that the following statement is true and correct to the best of my knowledge and belief:**

For personal reasons and due to fear of retaliation for providing this testimony, I will omit my name and any identifying information.

In **January 2023**, I began working at a law firm called **Meneses Law**, whose CEO is **Attorney Cristine Meneses** and whose deputy director is her husband, **JC Meneses**. They are the owners of the firm. I was hired as an **Administrative Assistant** and assigned to the **Legal Team**.

At first, the job seemed normal, although I found it unusual that there were surveillance cameras installed in nearly every corner of the office, including outside the restroom. Over time, I realized that **employees were prohibited from speaking to one another** and especially from sharing information between departments.

I did not have much prior experience in immigration law, but I soon noticed that the firm only provided **one type of service—VAWA petitions—in approximately 97% of cases**, with the remaining 3% being T Visas. My job involved reviewing evidence and checking completed case files for errors.

During my employment, I became aware of a **marketing system** that promoted misleading information. The firm's advertisements on platforms such as **Facebook** and **TikTok** claimed that anyone with a U.S. citizen spouse or child over 21 could "fix their papers" regardless of their criminal history or previous illegal entries into the country. In monthly meetings, management stated that these ads reached audiences of up to **eight million people nationwide**.

Potential clients were directed to "consultations" with so-called **"licensed representatives"** who provided legal advice. These representatives were instructed to tell callers that simply having a U.S. citizen relative made them eligible to "adjust status," without ever disclosing that the legal process being initiated was actually **through the Violence Against Women Act (VAWA)**. These representatives received **commissions for each sale** made.

After these consultations, clients were required to pay **$12,500** in legal fees and USCIS filing fees, sign a contract, and provide their personal documents. They were then subjected to an **"intake interview"**, during which staff members were pressured to **coerce clients into admitting some form of domestic abuse**, even if none existed. The intake staff were often instructed to **embellish or distort clients' statements** in order to create a narrative of abuse.

These intake forms were then sent to professional writers, who produced **fabricated or exaggerated personal declarations** to fit the VAWA eligibility criteria. As a result, many of the

1

affidavits shared nearly identical language and structure, suggesting a pattern of **mass production of fraudulent VAWA cases**.

Importantly, **clients were never informed** that they were applying for VAWA benefits. Staff were strictly forbidden from explaining the process or even mentioning the word "VAWA." Clients simply signed a **general consent form**, which the firm then used to **sign immigration forms, attorney representations, and personal declarations** on their behalf without their review or approval.

During some months, the firm **filed up to 400 VAWA petitions**, which is highly unusual for any immigration practice focused solely on "extreme cruelty" cases. I personally witnessed a situation where a couple sought help with a simple **I-130 family petition**, yet they were instead **submitted for VAWA without their knowledge**.

I urge USCIS and the appropriate authorities to **review the thousands of cases submitted by this firm**, as the vast majority appear to follow the same fraudulent pattern. Many victims— misled by false promises—lost their savings and may now face serious immigration consequences as a result of these deceptive practices.

This information can be verified through **public reviews on Google** and employee feedback on **Indeed**, where numerous individuals have reported similar concerns about Meneses Law's fraudulent behavior and mistreatment of staff. The firm's **HR department allegedly fabricates positive reviews** to conceal the truth.

I worked there for **a little over one year**, during which I witnessed high turnover among attorneys and staff due to the unethical practices and the fear culture maintained by management. I am providing this testimony in good faith, hoping that it helps protect the many victims of this ongoing fraud.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on this day:** ___11 /04 /2025___
**City and State:** ___Houston , Texas___
**Signature:** ___Pmee___
*(Name omitted for safety reasons)*